## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORGANIC PASTURES DAIRY COMPANY LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Kathleen Sebelius, et al.,<br><br>    Defendants. | CASE NO. 1:12-CV-02019-LJO-SAB<br><br>**ORDER TO CONTINUE SCHEDULING CONFERENCE**<br><br>**Date: March 14, 2013**<br>**Time: 09:00 AM**<br>**Courtroom: #9 (6th Floor)**<br>**Honorable Stanley A. Boone** |

On January 4, 2013, this matter was referred to the undersigned for purposes of pretrial scheduling with a mandatory scheduling conference set for March 14, 2013.  *See* Dkt. No. 14; Dkt. No. 9, Attach. 1.  On March 7, 2013, Plaintiff amended its Complaint.

For the foregoing reasons, IT IS HEREBY ORDERED that the March 14, 2013, mandatory scheduling conference before the undersigned is VACATED and reset for April 16, 2013 at 3:00 P.M.

IT IS SO ORDERED.

Dated:   **March 8, 2013**

                              UNITED STATES MAGISTRATE JUDGE