UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ORGANIC PASTURES DAIRY COMPANY, LLC<br><br>Plaintiff<br><br>vs<br><br>KATHLEEN SEBELIUS, et al.<br><br>Defendants | **CASE NO. 1:12-CV-02019-LJO-SAB**<br><br>ORDER ASSIGNING CASE RE PRESIDING JUDGE |

   IT IS HEREBY ORDERED that the above-entitled action be assigned to the docket of Magistrate Judge STANLEY A. BOONE as Presiding Judge for all purposes and further proceedings. The parties have filed Consents to Proceed before the assigned Magistrate Judge to conduct all further proceedings in this case, including trial and entry of final judgment.

ALL FURTHER PAPERS SHALL BE NUMBERED AS FOLLOWS:

1:12-cv-02019 SAB

IT IS SO ORDERED.

**Dated:   April 17, 2013**          /s/  Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE