# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORGANIC PASTURES DAIRY COMPANY, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KATHLEEN SEBELIUS, et al.,<br><br>　　　　Defendants. | Case No. 1:12-cv-02019-SAB<br><br>ORDER TO DISMISS AND CLOSE ACTION |

Based upon Plaintiff's Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (ECF No. 63), which Defendants signed and stipulate to, the Court HEREBY ORDERS that:

　　1.　This action is DISMISSED without prejudice;

　　2.　All pending matters and dates are VACATED; and

　　3.　The Clerk of the Court is directed to CLOSE this action.

IT IS SO ORDERED.

Dated:　**September 5, 2013**　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1